**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-0044-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TAYLOR HILLS,

    Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE OF DUCATI MOTORCYCLE, PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT AGAINST DEFENDANT TAYLOR HILLS, AND PRELIMINARY ORDER OF FORFEITURE OF SUBSTITUTE ASSET**

---

This matter comes before the Court on the Government's Motion for Preliminary Order of Forfeiture of Ducati Motorcycle, Preliminary Order of Forfeiture for a Personal Money Judgment, and Preliminary Order of Forfeiture of Substitute Asset pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, filed July 24, 2013 (ECF No. 36). The Court having reviewed the Motion and being fully advised hereby GRANTS the Motion and FINDS as follows:

THAT on July 10, 2013, the United States and Defendant Taylor Hills entered into a Plea Agreement[1], which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, 18 U.S.C. § 982, and Rule 32.2 of the Federal Rules of Criminal Procedure.

---

[1] ECF No. 32.

THAT the requisite nexus exists between the 2008 Ducati motorcycle, VIN ZDM1YACP18B0005143 and the offenses defendant Taylor Hills pleaded guilty to.

THAT the Plea Agreement provides a factual basis and cause to issue a personal money judgment in the amount of $5,000.00 against defendant Taylor Hills.

THAT, Taylor Hills agrees to the forfeiture of $5,000.00 liquidated from FMTC Custodian Roth IRA brokerage account number XXX-XXX497, be forfeited as a substitute asset to satisfy the money judgment.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. ' 853(n).

IT IS THEREFORE ORDERED

THAT defendant's interest in a 2008 Ducati motorcycle, VIN ZDM1YACP18B005143 is forfeited to the United States in accordance with 18 U.S.C. § 982;

THAT $5,000.00 is subject to forfeiture as proceeds obtained by defendant Taylor Hills through commission of the offense for which he has pleaded guilty;

THAT a Preliminary Order of Forfeiture for a Personal Money Judgment against defendant Taylor Hills in the amount of $5,000.00 shall be entered in accordance with 18 U.S.C. § 982;

THAT pursuant to the provisions of 21 U.S.C. § 853(p), 18 U.S.C. § 982, and Rule 32.2(e)(1)(B), defendant Taylor Hills' interest in the substitute asset identified above, the $5,000 liquidated from FMTC Custodian Roth IRA brokerage account

#XXXXXX497, is hereby forfeited to the United States for disposition according to law. Such forfeiture shall apply to the defendant's forfeiture money judgment in the amount of $5,000;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. ' 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, in which all interests will be addressed;

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(e)(1); and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated this 24th day of July, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge