**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-0044-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**TAYLOR HILLS,**

    Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

This matter comes before the Court on the Government's Motion for Final Order of Forfeiture, filed September 27, 2013 (ECF No. 49). The Court having reviewed the Motion and being fully advised hereby GRANTS the Motion and FINDS as follows:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982 set forth in the Indictment returned on January 9, 2013;

THAT a Preliminary Order of Forfeiture as to Defendant Taylor Hills was entered on July 24, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n) and Rule 32.2 of the Rules of Criminal Procedure;

THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing has expired;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853 and 18 U.S.C. § 982.

It is hereby ORDERED

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 982, free from the claims of any other party:

a.    2008 Ducati motorcycle, VIN ZDM1YACP18B005143;

THAT a Forfeiture Personal Money Judgment against defendant Taylor Hills in the amount of $5,000.00 is entered;

That the $5,000.00 liquidated from FMTC Custodian Roth IRA brokerage account #XXXXXX497, as a substitute assets is hereby forfeited pursuant to 21 U.S.C. § 853, and shall be applied to the defendant's forfeiture money judgment;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law;

Dated this 27th day of September, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge